UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-21307-CIV-GOODMAN

**[CONSENT CASE]**

DONNA K. WILSON,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.

_____

## **FINAL ORDER OF DISMISSAL**

This matter is before the Court on the parties' joint Stipulation for Dismissal With Prejudice [ECF No. 31]. Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all the parties who have appeared. Having reviewed the Joint Stipulation and being otherwise duly advised, the Court **ORDERS** that this case is **dismissed with prejudice**.[1]

**DONE AND ORDERED** in Chambers, at Miami, Florida, March 23, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record

---

[1] The Court previously administratively closed this case. [ECF No. 30].